# MAILING LIST FINDER

All Mailing Lists | gorsuch | 🔍

1. Start  2. Results  3. Data Card  4. Request  5. Finished



## Gorsuch Mailing List

The Gorsuch catalog has been a favorite of sophisticated mountain resort guests and homeowners for more than 50 years, offering casual apparel and winter sportswear with a finely-crafted, European flair. Affluent customers are repeat buyers of high-end luxury clothing for both men and women. Gorsuch also offers exclusive gifts and furnishings for elegant homes with an alpine cachet.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 06/03/2024 |
|---|---|---|
| 348,952 | TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 16,470 | 3 MONTH BUYERS | + $41.00/M |
| 19,688 | 6 MONTH BUYERS | + $31.00/M |
| 36,468 | 12 MONTH BUYERS | + $26.00/M |
| 67,196 | 24 MONTH BUYERS | + $11.00/M |
| | FUNDRAISERS/PUBLISHERS | $70.00/M |
| | FOOD MAILERS | $80.00/M |

### DESCRIPTION

The Gorsuch catalog has been a favorite of sophisticated mountain resort guests and homeowners for 50+ years, offering casual apparel and winter sportswear with a finely-crafted, European flair. Affluent customers are repeat buyers of high-end luxury clothing for both men and women. Gorsuch also offers exclusive gifts and furnishings for elegant homes with an alpine cachet.

Demographic Profile:
The Gorsuch customer is 40+ in age.

### ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #72985 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 7,500 NAME MINIMUM ORDER $325.00 MINIMUM PAYMENT
- NET NAME IS ALLOWED($9.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE
- CANCELLATION FEE AT $150.00/F

| POPULARITY: | ▮▮▮▮▮ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | 📖 |
| SOURCE: | CATALOG |
| PRIVACY: | UNKNOWN |
| DMA?: | NO |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 78% FEMALE 5% MALE |

| SELECTS | |
|---|---|
| $100+ BUYERS | $41.00/M |
| $150+ BUYERS | $51.00/M |
| $200+ BUYERS | $61.00/M |
| $50+ BUYERS | $26.00/M |
| $75+ BUYERS | $36.00/M |
| 12 MONTH HOTLINE | $26.00/M |
| 24 MONTH HOTLINE | $11.00/M |
| 3 MONTH HOTLINE | $41.00/M |
| 6 MONTH HOTLINE | $31.00/M |
| < $50 BUYERS | $6.00/M |
| CANCELLATION RUNNING CHARGES | $10.00/M |
| GENDER/SEX | $9.00/M |
| SCF | $8.00/M |
| STATE | $8.00/M |
| ZIP | $8.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.00/M |
| DELIVERY FEE | $75.00/F |

### RELATED LISTS

- WILAND CATALOG/ONLINE BUYERS DATABASE
- PERUVIAN CONNECTION
- WRAP LONDON
- WRAP/POETRY MASTERFILE
- VIVATERRA (VIVA TERRA)
- POETRY
- METROPOLITAN MUSEUM OF ART STORE CHILDREN'S PRODUCT BUYERS (FORMERLY METKIDS)
- SMITHSONIAN CATALOG
- LEVENGER ENHANCED
- PLOW & HEARTH




[Get Count] [Get Pricing] [Get More Information]

© 2024 NextMark, Inc. | Terms and conditions of Use