AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| KRISTIN PILKINGTON individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> GORSUCH, LTD., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:24-cv-00434-DBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GORSUCH, LTD.
c/o Its Registered Agent
Corporation Service Company
1900 West Littleton Boulevard
Littleton CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID W. SCOFIELD – 4140
Peters I Scofield, A Professional Corporation
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
E-Mail: dws@psplawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 6/27/2024

*Katy Cerna*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00434-DBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ARAPAHOE SHERIFF
### SERVING WITH INTEGRITY
SINCE 1858

13101 E. Broncos Parkway | Centennial, Colorado 80112

ACCIV2405305
Docket Number: 2:24-CV-00434-DBP

IN THE DISTRICT COURT OF THE STATE OF UTAH

IN AND FOR THE COUNTY OF

PLAINTIFF     )   KRISTIN PILKINGTON
              )
     VS       )
              )
DEFENDANT     )

CIVIL ACTION NO.:   2:24-CV-00434-DBP

RETURN OF SERVICE ON:   SHANNON WHITE FOR CORPORATION SERVICE COMPANY

STATE OF COLORADO     )
                      ) ss
COUNTY OF ARAPAHOE    )

   I **Ruybal, Daniel 01019** being first duly sworn on oath, depose and say; that I am a citizen of the United States and a resident of the State of Colorado, over the age of twenty-one years. That I am not a party to, nor interested in the above entitled action; that I am a Deputy Sheriff in the County of Arapahoe, State of Colorado; that I received the SUMMONS on 07/15/2024, and served the same to **GORSUCH LTD** on the **16** day of **July 2024**, at **08:15 AM** by handing to and leaving with **SHANNON WHITE**, CLERK, said CLERK, being over the age of 18 years and found at their usual place of abode/business at 1900 W LITTLETON BLVD, LITTLETON, ARAPAHOE COUNTY, COLORADO, 80120, a true copy thereof, together with copy of: (IN A CIVIL ACTION), CLASS ACTION COMPLAINT (JURY TRIAL DEMANED), EXHIBIT A - EXHITBIT O attached thereto.

Dated: July 17, 2024

Comments: REGISTERED AGENT FOR GORSUCH LTD

TYLER S. BROWN, SHERIFF
ARAPAHOE COUNTY, COLORADO

_____
RUYBAL, DANIEL 01019 - DEPUTY SHERIFF

Subscribed and sworn before me this

__18__ day of JULY 2024

_____
Notary Public for the State of Colorado

CYNTHIA JAMES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244021700
MY COMMISSION EXPIRES JUNE 6, 2028