## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Kristin Pilkington, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Gorsuch, LTD.,<br><br>    Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSE DEADLINE**<br><br>2:24-cv-00434<br><br>Chief Magistrate Judge Dustin B. Pead |

This matter came before the court upon the Stipulated Motion to Extend Response Deadline (the "Motion") (Dkt. 8) filed by Plaintiff Kristin Pilkington and Defendant Gorsuch, LTD. Pursuant to Federal Rule of Civil Procedure 6(b), and having reviewed the Motion and good cause appearing, the Court,

Grants the Motion.

Defendant Gorsuch, LTD shall answer or otherwise respond to the Complaint on or before August 27, 2024.

DATED this 2 August 2024.

_____
Dustin B. Pead
United States Magistrate Judge