Mark A. Nickel (SBN: 14082)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Kristin Pilkington, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Gorsuch, LTD.,<br><br>Defendant. | **STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSE DEADLINE**<br><br>**Case No. 2:24-cv-00434-DBP**<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Kristin Pilkington and Defendant Gorsuch, LTD, file this Stipulated Motion to Extend the Deadline by which Defendant shall answer or otherwise respond to the Complaint from August 27, 2024, to October 4, 2024.

Good cause exists for granting the relief requested because the deadline to respond has not expired, and Defendant has recently engaged new counsel who has not had the opportunity to adequately assess the claims asserted in the Complaint and prepare a response. *See* Fed R. Civ. P. 6(b) ("…the court may, for good cause, extend the time…if a request is made, before the original time or its extension expires…").

1

2

Accordingly, the parties respectfully request the Court to extend the deadline for Defendant to answer or otherwise respond to the Complaint from August 27, 2024, to October 4, 2024.

DATED this 22nd day of August, 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Mark A. Nickel*
Mark A. Nickel, Esq.
*Attorneys for Defendant*

**PETERS | SCOFIELD**
*A Professional Corporation*

 /s/ *David W. Scofield (w/ permission)*
David W. Scofield
*Attorneys for Plaintiff and the Putative Class*
*(signed by filing attorney with permission of attorney for Plaintiff and the Putative Class)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2024, a copy of the foregoing **STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSE DEADLINE** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

/s/ Serita Gomez