Mark A. Nickel (SBN: 14082)
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9989
Facsimile: (385) 282-7590
mnickel@grsm.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Kristin Pilkington, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Gorsuch, LTD.,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSE DEADLINE**<br><br>**Case No. 2:24-cv-00434-DBP**<br><br>Magistrate Judge Dustin B. Pead |

The Court, having reviewed the Stipulated Motion to Extend Response deadline and for good cause appearing, HEREBY GRANTS the Stipulated Motion and ORDERS Defendant Gorsuch to file a response to the Complaint [ECF 1] on or before October 04, 2024.

DATED this 22nd day of August, 2024.

BY THE COURT:

_____
Dustin B. Pead
Magistrate Judge