## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| Kristin Pilkington, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>Gorsuch, LTD.,<br><br>                Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S RESPONSE DEADLINE**<br><br>**Case No. 2:24-cv-00434-DBP**<br><br>Chief Magistrate Judge Dustin B. Pead |

The Court, having reviewed the Stipulated Motion to Extend Defendant's Response Deadline and for good cause appearing, HEREBY GRANTS the Stipulated Motion and ORDERS Defendant Gorsuch, LTD., to file a response to the Complaint [ECF 1] on or before October 04, 2024.

DATED this 26 August 2024.

_____
Dustin B. Pead
United States Magistrate Judge