# EXHIBIT B

# GORSUCH

Cart > Information > Shipping > Payment

## Contact

Log in

[ Email ]

Enter an email

☑ Email me with news and offers

## Shipping address

[ Country/Region: United States ]

[ First name ]    [ Last name ]
Enter a first name    Enter a last name

[ Address ]
Enter an address

[ Apartment, suite, etc. (optional) ]

[ City ]   [ State: Utah ]   [ ZIP code ]
Enter a city

[ Phone ]
Enter a phone number

☐ Save this information for next time

< Return to cart    **Continue to shipping**

Refund policy   Shipping policy   Privacy policy   Terms of service   Contact information

---



**Lea Leopard Socks**   $30.00
GOLD / ONE SIZE

☐ Gift wrap this item?

[ No active discounts at this time ]  Apply

🎁 Apply gift card ⌄

Subtotal   $30.00
Shipping ⓘ   $10.00
Total   USD $40.00

**Need Assistance?**
Customer Care 1-800-525-9808

Contact Us

Mon - Fri 7am - 6pm MST
Sat - Sun 8am - 5pm MST

## Shipping method

Order Processing may take 24 to 48 hours before your order is shipped.

- ● **Standard** — $10.00
- ○ **2 Day Air** — $25.00
- ○ **Next Business Day** — $35.00

< Return to information

**Continue to payment**

⊞ Apply gift card

Subtotal $30.00

Shipping $10.00

Total USD **$40.00**

**Need Assistance?**

Customer Care 1-800-525-9808

Contact Us

Mon - Fri 7am - 6pm MST

Sat - Sun 8am - 5pm MST

Refund policy   Shipping policy   Privacy policy   Terms of service   Contact information



# GORSUCH

Cart > Information > Shipping > Payment

Contact: alex...
Ship to: 8 Sp...
Shipping method: Sta...

## Payment
All transactions are s...

Credit card

Card number

Expiration date (...

Name on card

**Billing address**
Select the address th...

◉ Same as shipp...

○ Use a different...

< Return to shippin...

Refund policy   Shipping policy   Privacy policy   Terms of service   Contact information



1  Lea Leopard Socks
   GOLD / ONE SIZE                          $30.00

[discount code]                             Apply

                                            $30.00
                                            $10.00

                                     USD   $40.00

---

Gorsuch cannot guarantee that all private communications and other personally identifiable information will never be disclosed in ways not otherwise described in these Terms and Conditions. We reserve the right and may be forced to disclose any and all information to government bodies or government officials or third parties under certain circumstances or third parties may unlawfully intercept or access transmissions or private communications. As such, you authorize Gorsuch to disclose any and all information about you to law enforcement or other government officials as we, in our sole discretion, believe necessary or appropriate, in connection with any investigation of fraud, intellectual property infringements or other activity that is, or may be, illegal or that may expose Gorsuch to legal liability.

indemnity

You agree to indemnify, defend and hold harmless Gorsuch, its affiliates, subsidiaries, officers, directors, employees, agents, licensors and licensees from any damages, liabilities, costs and expenses, including reasonable attorneys' fees, on account of any claim, suit, action, demand or proceeding made or brought against any such party, or on account of the investigation, defense or settlement thereof, arising in connection with your use of this Website.

enforceability and governing law

In the event that any of the terms or provisions of these Terms and Conditions shall be held by a court of competent jurisdiction to be unenforceable, then such terms or provisions shall be construed, as nearly as possible, to reflect the intentions of the parties with the other terms and provisions remaining in full force and effect.
Your access to and use of the Website, and these Terms and Conditions are governed and construed in accordance with the laws of the State of Colorado, without regard to its conflicts of law provisions. Any action against Gorsuch arising from or relating to your access to and use of the Website and the provisions of these Terms and Conditions must be brought by you exclusively in the state or federal courts located in Colorado. You consent to the exclusive personal jurisdiction and venue of the state and federal courts located within the State of Colorado for the adjudication of all claims by Gorsuch against you arising from or relating to your access to and use of the Website and the provisions of these Terms and Conditions.
Gorsuch's failure to exercise or enforce any right or provision of these Terms and Conditions shall not constitute a waiver of such right or provision unless acknowledged and agreed to by Gorsuch in writing. You acknowledge and agree that you will not seek to litigate any claims against Gorsuch or any of its affiliates on a class action or representative party basis and that you shall pursue such claims solely on an individual basis.

your representations

You represent that you are 18 years of age or older and that you are not under any legal or other disability which limits your ability to comply with these Terms and Conditions.