# EXHIBIT C

David R. Garner (16054)
Mark A. Nickel (14082)
**GORDON REES SCULLY MANSUKHANI, LLP**
2 Main, Suite 1600
Salt Lake City, UT 84101
Telephone: (801) 204-9990
Facsimile: (385) 282-7590
dgarner@grsm.com
mnickel@grsm.com
*Attorneys for Defendant*

Brian Middlebrook (Pro Hac Vice forthcoming)
Alexandra Sandler (Pro Hac Vice forthcoming)
**GORDON REES SCULLY MANSUKHANI, LLP**
One Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 269-5500
bmiddlebrook@grsm.com
asandler@grsm.com
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Kristin Pilkington, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>vs.<br><br>Gorsuch, LTD.,<br><br>             Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. PRO. 12(B)(1), OR TO TRANSFER PURSUANT TO 28 U.S.C. §1404(a)**<br><br>**Case No. 2:24-cv-00434-DBP**<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Defendant Gorsuch, Ltd.'s ("Defendant") Motion, brief in support, Plaintiff's response and brief, and Defendant's reply are before the Court. Defendant moves pursuant to Federal Rules of Civil Procedure 12(b)(1) to dismiss Plaintiff's Class Action Complaint for lack of subject matter jurisdiction, or alternatively, pursuant to 28 U.S.C. §1404(a), to transfer this matter to the District Court of Colorado. The Court has considered all arguments of the parties, and the Court hereby GRANTS Defendant's Motion.

**IT IS SO ORDERED.**

Dated:_____  _____
Hon. Robert J. Shelby
U.S. District Judge