DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:   (801) 322-2002
Facsimile:   (801) 912-0320
E-Mail:   dws@psplawyers.com

Counsel for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| KRISTIN PILKINGTON, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>GORSUCH, LTD.<br><br>       Defendant. | **STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON AMENDED MOTION TO DISMISS (ECF NO. 18)**<br><br>Case No. 2:24-cv-00434-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

**STIPULATED MOTION**

By and through counsel, Plaintiff Kristin Pilkington and Defendant Gorsuch, LTD. respectfully file this Stipulated Motion to Extend Briefing Schedule on Amended Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) or to Transfer Pursuant to 28 U.S.C. § 1404(a), on 10/07/2024 (ECF No. 18) (the "Motion"), and state as follows:

**Relief requested:** The parties request that the briefing schedule for the response and reply on the Motion be extended, s follows: (1) the deadline to file a memorandum in opposition to the Motion be extended to, and including, November 12, 2024, and (2) the deadline to file a reply

memorandum in further support of the Motion be extended to, and ionmcluding, December 3, 2024.

**Grounds:** The parties agree that, based on the amendment of the original motion, the fact that the time for filing a memorandum in opposition to the Motion has not passed, and the agreement of all parties that good cause exists for the requested extension of the time for filing the response to the Motion and reply in further support of the Motion, such that the relief sought by the Motion should be granted. A proposed form of order is attached hereto.

Dated: October 31, 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ David R. Garner
DAVID R. GARNER (16054)
*Counsel for Gorsuch, LTD.*
*(signed by filing attorney with permission of Gorsuch, LTD's attorney)*

**PETERS | SCOFIELD**
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD
*Counsel for Plaintiff and the Putative Class*