*This Form of Order Prepared and Submitted by Counsel for Plaintiff*

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:   (801) 322-2002
Facsimile:   (801) 912-0320
E-Mail:      dws@psplawyers.com

Counsel for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KRISTIN PILKINGTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GORSUCH, LTD.<br><br>　　　　　　Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-00434-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

The Court, having reviewed the Stipulated Motion to Extend Briefing Schedule on Amended Motion to Dismiss (ECFR No. 18), being now fully apprised in the premises, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion be, and the same hereby is, **GRANTED**; and

2. The deadline for filing a response to the Motion be, and the same hereby is,

**EXTENDED** to **November 12, 2024**; and

3. The deadline for filing a reply in further support of the Motion be, and the same hereby

1

2

is, **EXTENDED** to **December 3, 2024**.

 **DONE** this \_\_\_\_ day of October 2024.

              **BY THE COURT**:

              _____
              Dustin B. Pead
              United States Magistrate Judge