THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KRISTIN PILKINGTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GORSUCH, LTD.<br><br>　　　　　　Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:24-cv-00434-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

The Court, having reviewed the Stipulated Motion to Extend Briefing Schedule on Amended Motion to Dismiss and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion be, and the same hereby is, **GRANTED**; and

2. The deadline for filing a response to the Motion be, and the same hereby is, **EXTENDED** to **November 12, 2024**; and

3. The deadline for filing a reply in further support of the Motion be, and the same hereby is, **EXTENDED** to **December 3, 2024**.

　　　　DATED this 31 October 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　United States Magistrate Judge