## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Kristin Pilkington, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Gorsuch, LTD.,<br><br>Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF BRIAN E. MIDDLEBROOK**<br><br>**Case No. 2:24-cv-00434-RJS-DBP**<br><br>Chief Judge Robert J. Shelby<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Brian E. Middlebrook. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

Dated this 12 day of November, 2024

BY THE COURT:

Dustin B. Pead
United States Magistrate Judge