## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KRISTIN PILKINGTON individually and on behalf of all others similarly situated, Plaintiff, | **ORDER GRANTING PRO HAC VICE ADMISSION OF ARUN G. RAVINDRAN** |
| v. | CASE NO: 2:24-cv-00434-RJS-DBP |
| GORSUCH, LTD., Defendant. | Chief Judge Robert J. Shelby Chief Magistrate Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Arun G. Ravindran. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 5 day of December, 2024.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge