DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:   (801) 322-2002
E-Mail:       dws@psplawyers.com

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **KRISTEN PILKINGTON**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>**GORSUCH, LTD.,**<br><br>                    Defendant. | **MOTION FOR THE PRO HAC VICE ADMISSION OF TYLER SOMES**<br><br>Case No. 2:24-cv-00434-RJS-DBP<br><br>District Chief Judge Robert J. Shelby<br>Magistrate Chief Judge Dustin B. Pead |

I  **m**ove for the pro hac vice admission of Tyler Somes as counsel for Plaintiffs and the putative class, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits A and B, respectively, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

**DATED** this 18th day of February, 2024.

                                          **PETERS | SCOFIELD**
                                          *A Professional Corporation*
                                          <u>/s/ David W. Scofield</u>
                                          DAVID W. SCOFIELD
                                          *Attorneys for Plaintiff and Putative Class*