

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | David W. Scofield |
| Firm: | Peters \| Scofield, A Professional Corporation |
| Address: | 7430 Creek Road, Suite 303 |
| | Sandy, Utah 84093 |
| Telephone: | 801-858-3402 |
| Email: | dws@psplawyers.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Tyler Somes |
| Firm: | Hedin LLP |
| Address: | 1100 15th Street NW, Suite 04-108 |
| | Washington DC, 20005 |
| Telephone: | 202 900 3331 |
| Email: | tsomes@hedinllp.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Washington DC | 90013925 | May 5, 2023 |
| Texas | 24110385 | November 2, 2018 |
| U.S. District Court for the District of DC | 90013925 | September 9, 2024 |
| U.S. District Court for the Eastern District of Texas | N/A | February 24, 2020 |
| U.S. District Court for the Southern District of Texas | 3515780 | February 19, 2020 |
| U.S. District Court for the Western District of | N/A | February 27, 2020 |

1

# EXHIBIT A

| | | |
|---|---|---|
| Texas | | |
| U.S. District Court for the Northern District of Texas | N/A | February 25, 2020 |
| U.S. Court of Appeals for the Ninth Circuit | N/A | October 17, 2022 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☒ Yes    ☐ No

If yes, please explain:

In *Wissel v. Rural Media Group, Inc.*, Case No. 4:24-cv-999-P (N.D. Texas), I opposed counsel's second request for more time to answer. I felt material prejudice to my client could result. *See id.* ECF No. 14. The Honorable Mark T. Pittman disagreed and sanctioned me with a $150.00 fine and ordered me to read certain documents governing attorney conduct. *See* ECF No. 15 (11/26/2024). I complied, as ordered. *See* ECF No. 16. I regret my violation. I remain as attorney for my client before Judge Pittman.

I understand this court has analogous standards as those adopted in the Northern District of Texas. *See* Utah Stand. Prof. Civ. No. 14. I will not violate those standards, or any rule or order of this court.

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes[1] | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and | ☒ Yes | ☐ No |

---

[1] I am currently on "inactive" status with respect to my membership in the State Bar of Texas. I voluntarily took "inactive" status in July 2024 because I no longer live in Texas or practice law in Texas state courts. My decision to take "inactive" status with respect to my State Bar of Texas membership did not relate to or overlap with disciplinary proceedings of any kind. My understanding is that being on voluntary "inactive" status unrelated to any disciplinary proceeding does not preclude me be from being admitted *pro hac vice* to this Court, but I am taking care to disclose this status in order to be as transparent as possible.

| | | |
|---|---|---|
| Civility. | | |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ _____                    Date: 02/18/2025
Signature