# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **KRISTEN PILKINGTON**, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>**GORSUCH, LTD.**,<br><br>　　　　　　Defendant. | **MOTION FOR THE PRO HAC VICE ADMISSION OF TYLER SOMES**<br><br>Case No. 2:24-cv-00434-RJS-DBP<br><br>District Chief Judge Robert J. Shelby<br>Magistrate Chief Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Tyler Somes (the "Motion"). Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED/DENIED**.

**DONE** this \_\_\_\_ day of February 2025.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Robert J. Shelby
　　　　　　　　　　　　　　　　United States District Chief Judge

# EXHIBIT B