IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTEN PILKINGTON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GORSUCH, LTD.,<br><br>　　　　Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF TYLER SOMES**<br><br>No. 2:24-cv-00434-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

　　　　Before the court is the Motion for Pro Hac Vice Admission of Tyler Somes.[1] Having reviewed the Motion, the court determines the Petitioner meets the pro hac vice admission requirements of DUCivR 83-1.1(c). The Motion for the admission pro hac vice of Tyler Somes in the United States District Court, District of Utah in the subject case is GRANTED.[2]

　　　　SO ORDERED this 17th day of March 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　United States Chief District Judge

---

[1] Dkt. 36.

[2] *Id.*