THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KRISTIN PILKINGTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>GORSUCH, LTD.,<br><br>    Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF FRANK S. HEDIN**<br><br>Case No. 2:24-cv-00434-RJS/DBP<br><br>Chief Judge Robert J. Shelby Magistrate<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Local Counsel's Motion for Pro Hac Vice admission of Frank S. Hedin. Based on the motion and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 10 day of April, 2025

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge