IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTIN PILKINGTON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>GORSUCH, LTD.,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:24-cv-00434-RJS-DPB<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

IT IS HEREBY ORDERED AND ADJUGED that judgment is entered in favor of Defendant.

SO ORDERED this 5th day of May 2025.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge